**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN**

DYLAN HANCOCK,

Plaintiff,

v. Case No. 24-CV-410

BARRON COUNTY, SHERIFF CHRIS FITZGERALD, DEPUTY ERIC SEDANI, DEPUTY CHRISTOPHER WELKER, DEPUTY HEATHER HUGHES, DEPUTY ANDREW KRAHENBUHL and ANTHONY WEIGAND

Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Attorney Micaela E. Brinsley is hereby withdrawn as one of the attorneys of record for Defendants Barron County, Sheriff Chris Fitzgerald, Deputy Eric Sedani, Deputy Christopher Welker, Deputy Heather Hughes, Deputy Andrew Krahenbuhl, and Anthony Weigand, as Attorney Brinsley is no longer affiliated with Crivello, Nichols & Hall, S.C.

Attorneys Samuel C. Hall, Jr., and Kiley B. Zellner, of Crivello, Nichols & Hall, S.C. remain counsel of record for Defendants Barron County, Sheriff Chris Fitzgerald, Deputy Eric Sedani, Deputy Christopher Welker, Deputy Health Hughes, Deputy Andrew Krahenbuhl, and Anthony Weigand.

Given that Attorney Brinsley is no longer affiliated with Crivello, Nichols & Hall, S.C., please remove her from the ECF notification list.

Dated this 21st day of October 2025.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants Barron County, Sheriff Chris Fitzgerald, Deputy Eric Sedani, Deputy Christopher Welker, Deputy Heather Hughes, Deputy Andrew Krahenbuhl, and Anthony Weigand

By: *s/Kiley B. Zellner*
SAMUEL C. HALL, JR.
State Bar No. 1045476
KILEY B. ZELLNER
State Bar No. 1056806

**Post Office Address**:
710 N. Plankinton Ave, Suite 500
Milwaukee, WI 53203
Telephone: 414-271-7722
Fax: 414-271-4438
Email: shall@crivellolaw.com
kzellner@crivellolaw.com